FILED

2006 MAR 8 AM 9:53

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | CR 06-172 DSF |
| DONALD WAYNE JOHNSON <br><br> DEFENDANT(S). | **NOTICE OF JURISDICTION / <br> TREATY TRANSFER-IN** |

To: All Parties/Counsel of Record

The Court has approved the
  ☐ supervised release
  ☒ probation
  ☐ treaty
transfer-in for the case referred to above.

The matter has been randomly assigned to United States District Judge  Dale S. Fischer
for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

                                      Clerk, U. S. District Court

| March 8, 2006 | By: Rosalind Tyus-Simon |
|---|---|
| Date | Deputy Clerk |



ENTER ON ICMS

cc: U.S. Attorney's Office
    U.S. Probation Office

---

CR-56 (01/02)         NOTICE OF JURISDICTION / TREATY TRANSFER-IN