UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | CASE NO.  CR 08-465 DSF |
| | ) | |
| Plaintiff | ) | JUDGMENT ON MODIFICATION |
| vs. | ) | OF SUPERVISED RELEASE |
| | ) | |
| DONALD WAYNE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Defendant and his counsel, Kim Savo, Deputy Federal Public Defender, having appeared in person, defendant having admitted allegations 3, 4, and 5 of the amended Petition on Probation and Supervised Release filed July 26, 2010, the Court having dismissed allegations 1 and 2, and the Court having found the defendant to be in violation of the terms and conditions of supervised release originally imposed,

  IT IS ORDERED that defendant, Donald Wayne Johnson, is continued on supervised release on the same terms and conditions originally imposed, with the following modifications:

  Defendant to reside for a period of six months in a community corrections center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.  Should Mr. Johnson be convicted of any of the criminal conduct he is accused of, the Probation Officer will immediately notify the Court with a custodial recommendation.

  Defendant is allowed to travel to Louisiana to appear before the Court regarding the charges pending there.  The Probation Officer is to confirm prior to November 29, 2010 that the hearing in Louisiana is still scheduled for that date

  Defendant released.  Release No. 17482.

  The Court advised the defendant of his right to appeal this order.

FILED:   8/9/10

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

DATED/FILED :   8/9/10          /s/ Debra Plato
By:_____
        Deputy Clerk